UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | | |
|---|---|---|
| STATE OF SOUTH DAKOTA, | ) | 3:16-CV-03019-RAL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | PLAINTIFF'S MOTION |
| WAYFAIR INC. | ) | TO REMAND |
| OVERSTOCK.COM, INC. | ) | |
| NEWEGG INC. | ) | |
| | ) | |
| Defendants. | ) | |

The State of South Dakota ("Plaintiff"), by and through its legal counsel, Richard M. Williams, Deputy Attorney General, and Kirsten E. Jasper, Assistant Attorney General, respectfully move this Court, pursuant to 28 U.S.C. § 1447(c) and in accordance with the Order Setting Briefing Schedule (Doc. 19), to remand this case back to the state court from which it was removed. The basis for this remand is set forth in Plaintiff's Memorandum of Law in Support of Motion to Remand which accompanies this motion.

Dated this 22nd day of July, 2015.

Respectfully submitted,

/s/ Kirsten E. Jasper
Kirsten E. Jasper
Assistant Attorney General
Richard M. Williams
Deputy Attorney General
Office of the Attorney General
1302 E. Highway 14, Suite 1
Pierre, SD  57501-8501
(605) 773-3215

*Attorneys for the State of South Dakota*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 22nd day of July, 2016, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Central Division by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

      /s/ Kirsten E. Jasper  
      Kirsten E. Jasper  
      Assistant Attorney General